AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 2, 2008 at 3:48 P.M. |
| NAME OF SERVER (PRINT)<br>Jeffrey L. Butler | TITLE<br>process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Karen Charbonneau in the Office of the Delaware Secretary of State, Townsend Building, 401 Federal Street, Suite 3, Dover, Delaware 19901 - for defendant corporation, Merck & Co., Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | $50.00 | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 2, 2008
Date

Signature of Server

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
Address of Server
(302) 478-2693

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the  District of  Delaware

Elaine Hawk, individually and on behalf
of others similarly situated,

    Plaintiff,

V.

Merck & Co., Inc. and
Schering-Plough Corporation d/b/a
Schering-Plough Pharmaceuticals,

    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08-CV-00176

TO: (Name and address of Defendant)

MERCK & CO., INC.
c/o FRED HUSSAN, CEO
   Robert Bertolini, CFO
P.O. Box 100 One Merck Drive
WS3AB-05
Whitehouse Station, NJ 08889

c/o Sceretary of State
Townsend Building
401 Federal Street, Suite 3
Dover, DE 19901

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GARY S. NITSCHE, ESQUIRE
Weik, Nitsche, Dougherty & Componovo
1300 North Grant Avenue, Suite 101
Wilmington, DE 19806

RECEIVED DEPARTMENT OF STATE 2008 MAR 2 PM 3 48 DIVISION OF CORPORATIONS

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

4/1/08

DATE