AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE – NON–SERVICE RETURN | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE attempted: April 2, 2008 at 1:35 P.M. |
| NAME OF SERVER (PRINT) Jeffrey L. Butler | TITLE process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: service of process was REFUSED as addressed by the Corporation Trust Company – unable to serve

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | $20.00 | $20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __April 2, 2008__
Date

Signature of Server
Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886

Address of Server
(302) 478-2693

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the     District of     Delaware

Elaine Hawk, individually and on behalf
of others similarly situated,

    Plaintiff,

V.

Merck & Co., Inc. and
Schering-Plough Corporation d/b/a
Schering-Plough Pharmaceuticals,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:     08 - 176

TO: (Name and address of Defendant)

    Schering-Plough Corporation
    c/o The Corporation Trust Company
    Registered Agent
    1209 Orange Street
    Wilmington, DE   19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    GARY S. NITSCHE, ESQUIRE
    Weik, Nitsche, Dougherty & Componovo
    1300 North Grant Avenue, Suite 101
    Wilmington, DE   19806

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO           MAR 2 8 2008

CLERK

_(signature)_

DATE

(By) DEPUTY CLERK