AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 9, 2008 (3:32 P.M.) |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jeffrey L. Butler | process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Karen Charbonneau of the office of the Delaware Secretary of State, Townsend Building, 401 Federal Street, Suite 3, Dover, Delaware 19901 (for defendant Schering-Plough Corporation)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | $50.00 | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 9, 2008
              Date

*Signature of Server*

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
*Address of Server*
(302) 478-2693

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ for the _____ District of _____ Delaware _____

Elaine Hawk, individually and on behalf
of others similarly situated,
    Plaintiff,
            V.
Merck & Co., Inc. and
Schering-Plough Corporation d/b/a
Schering-Plough Pharmaceuticals,
    Defendants

ALIAS **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-cv-176

TO: (Name and address of Defendant)

Schering-Plough Corporation     c/o Secretray of State
2000 Galloping Hill Road          Townsend Building
Kenilworth, New Jersey 07033   401 Federal Street, Ste. 3
                                           Dover, DE 19901

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RECEIVED DEPARTMENT OF STATE 2008 APR 9 PM 3 32 DIVISION OF CORPORATIONS

an answer to the complaint which is served on you with this summons, within ____20____ days after service of the summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                          4/4/08

CLERK                                                      DATE

(By) DEPUTY CLERK