**Registered No.** RE 338 594 559 US

| | |
|---|---|
| Reg. Fee | 9.50 |
| Handling Charge | |
| Return Receipt | 2.15 |
| Postage | 1.14 |
| Restricted Delivery | |
| Received by | MS |

Date Stamp: APR 8

Customer Must Declare Full Value $ —0—
☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
Gary S. Nitsche, Esq.
1300 N. Grant Ave
Ste 101
Wilmington, DE 19806

TO:
Merck + Co. Inc.
P.O. Box 100, One Merck Dr.
WS3AB-05
Whitehouse Station NJ 08889

VA - Hawk

PS Form 3806, Receipt for Registered Mail (Copy 1 - Customer)
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merck + Co Inc,
Fred Hassan, CEO
Robert Bertolini, CFO
P.O. Box 100
One Merck Dr. WS3AB-05
Whitehouse Station NJ 08889

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Rene Frank
C. Date of Delivery: 4/11/08

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): RE 338 594 559 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HAWK, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., and SCHERING-PLOUGH CORPORATION, d/b/a SCHERING-PLOUGH PHARMACEUTICALS,<br><br>Defendants. | Case No.: 08-cv-176 GMS<br><br>CLASS REPRESENTATION<br><br>JURY TRIAL DEMANDED |

PLAINTIFFS' COUNSEL'S AFFIDAVIT OF
DEFENDANT MERCK & CO., INC.'S STATUS
AND THE SENDING OF A COPY OF THE COMPLAINT

I, GARY S. NITSCHE, being duly sworn, depose and say:

1. I am the attorney for the Plaintiffs in the above-captioned case.

2. To the best of my information and belief, Defendant Merck & Co., Inc. is a foreign corporation with a last known address of P.O. Box 100, One Merck Drive, WS3AB-05, Whitehouse Station, New Jersey 08889.

3. A copy of the Complaint with the notice required by 10 Del. C. §3104 was sent by registered mail and by U.S. First Class mail to Defendant, Merck & Co., Inc, at the aforementioned address on April 8, 2008.

4. The signed returned receipt was received by Plaintiffs' counsel on or about April 15, 2008 and is attached to the Amendment to Complaint as Exhibit "B".

5.  The notice required by 10 Del. C. §3104 was contained in said envelopes when it was mailed on April 8, 2008.



_____
GARY S. NITSCHE, P.A.

SWORN TO AND SUBSCRIBED before me this _16__ day of __Apr. 1_, 2008.

_____
NOTARY PUBLIC