Registered No. RE 338 594 386 US

Reg Fee: 9.50
Handling Charge:
Return Receipt: 2.15
Postage: 1.31
Restricted Delivery:
Received by: [signature]
Customer Must Declare Full Value $ —0—
Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
Gary S. Nitsch, Esq.
1300 N. Grant Ave
Ste 101
Wilmington DE 19806

TO:
Schering-Plough Corp.
2000 Galloping Hill Rd
Kenilworth NJ
07033

Hawk

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Schering-Plough Corp.
   2000 Galloping Hill Road
   Kenilworth NJ
   07033

2. Article Number (Transfer from service label): RE 338 594 386 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X ORWIN WILLI[...]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 4-17-08
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HAWK, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., and SCHERING-PLOUGH CORPORATION, d/b/a SCHERING-PLOUGH PHARMACEUTICALS,<br><br>Defendants. | Case No.: 08-cv-176 GMS<br><br>CLASS REPRESENTATION<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' COUNSEL'S AFFIDAVIT OF DEFENDANT SCHERING-PLOUGH CORP.'S STATUS AND THE SENDING OF A COPY OF THE COMPLAINT**

I, GARY S. NITSCHE, being duly sworn, depose and say:

1. I am the attorney for the Plaintiffs in the above-captioned case.

2. To the best of my information and belief, Defendant Schering-Plough Corp., 2000 Galloping Hill Road, Kenilworth, New Jersey 07033.

3. A copy of the Complaint with the notice required by 10 Del. C. §3104 was sent by registered mail and by U.S. First Class mail to Defendant, Schering-Plough Corp. at the aforementioned address on April 14, 2008.

4. The signed returned receipt was received by Plaintiffs' counsel on or about April 22, 2008 and is attached hereto.

5. The notice required by 10 Del. C. §3104 was contained in said envelopes when it was mailed on April 14, 2008.

_____
GARY S. NITSCHE, P.A.

SWORN TO AND SUBSCRIBED before me this 24th day of April, 2008.

_____
NOTARY PUBLIC
Anna Marie Byakkowski

## WEIK, NITSCHE, DOUGHERTY & COMPONOVO

ATTORNEYS AT LAW
1300 N. GRANT AVENUE, SUITE 101
P.O. BOX 2324
WILMINGTON, DE 19899
www.weiknitsche.com

Joseph W. Weik
Gary S. Nitsche, P.A.*
Shawn Dougherty
W. Christopher Componovo

E-mail Address: gnitsche@attys4u.com

Phone (302) 655-4040
Fax (302) 654-4892

Georgetown Office
Phone (302) 856-9868
(By Appointment Only)

*Also admitted in PA and NJ

April 11, 2008

VIA REGISTERED MAIL RETURN RECEIPT
and FIRST CLASS U.S. MAIL

Schering-Plough Corporation
2000 Galloping Hill Road
Kenilworth, NJ  07033

RE:  Elaine Hawk v Merck & Co, Inc. & Schering-Plough
     Corporation d/b/a Schering-Plough Pharmaceuticals
     C.A. No.: 08-cv-176

Dear Sir:

Please be advised that a lawsuit has been filed against you. A copy of the complaint was served upon the Secretary of State of the State of Delaware and a copy of the summons and complaint is enclosed. The service on the Secretary of State was made on April 9, 2008 and under 10 Del. C. §3104, such service is as effectual to all intents and purposes as if it had been made upon you personally in the State of Delaware. Please contact your insurance carrier regarding this matter so they may obtain defense counsel on your behalf.

Very truly yours,

Gary S. Nitsche, P.A.

GSN/evu
Enclosure